Motion granted as unopposed.  This matter is hereby dismissed without prejudice.
/s/ John R. Adams
U.S. District Judge
2/23/2022

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KAREN O'KELLY, | ) | CASE NO. 5:21 CV 00414 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| | ) | |
| THE KAMES CONDOMINUIM | ) | **MOTION FOR VOLUNTARY** |
| OWNERS' ASSOCIATION, et al., | ) | **DISMISSAL** |
| | ) | |
| Defendants | ) | |

Now comes Plaintiff, Karen O'Kelly by and through her counsel, and pursuant to Federal Rule of Civil Procedure 41, moves to have this case dismissed without prejudice. Said Motion is not being interposed for any purpose of delay, but solely to promote the interests of justice. Plaintiff supports her Motion with the following memorandum below. **Defendants counsel is aware of this Motion and has advised Defendants will not interpose any objection**.

### (A) CASE STATEMENT

The etiology of this litigation is the allegation by Karen O'Kelly, a person with a disability, that after purchasing a condominium in November 2016, the Owners' Association, Property Management company and certain individual members of the Board of Directors consistently refused or delayed needed reasonable accommodations she had requested. She further alleges that they perpetrated retaliatory conduct against her. Plaintiff filed a Charge Affidavit of Housing Discrimination with the Ohio Civil Rights Commission and after investigation, it was determined probable that discriminatory conduct did occur. This determination was upheld on Reconsideration. During this Administrative process she was represented by attorney Rachel Robinson.